## ROSARIO v. STATE OF FLORIDA
Case No. 83-051 Ac
Eleventh Judicial Circuit, Appellate Division, Dade County
December 5, 1983

Isabel P. Bombino, for appellant.

Jim Smith, Attorney General and Jack B. Ludin, Assistant Attorney General, for appellee.

Before KLEIN, MOORE, SALMON, JJ.

PER CURIAM.

Defendant appeals her conviction for refusal to sign a summons in violation of Section 318.14(3), Florida Statutes.

On the authority of *Stringer v. State*, 44 Fla. Supp. 139 (Fla. Dade County Court, 1976), the conviction is reversed since in this case, as in *Stringer*, the State presented no evidence as to whether the defendant refused to post a bond. In order to establish a prima facie case of guilt for a charge under Section 318.14(3), the State must present proof that the defendant not only willfully refused to accept and sign a summons, but also willfully refused to post a bond.

REVERSED.